IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

WILLIE JUNIOR LEE                                                                                          PLAINTIFF

V.                                              4:08CV000091 JLH/JTR

CHRIS SCHMECKENBECHER, et al.                                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE RECOMMENDED THAT Defendant's Motion for Summary Judgment (docket entry #20) is GRANTED, and the case is DISMISSED, WITH PREJUDICE.

Dated this 10th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE